IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KIM CHANNAY HAUSER** individually and on behalf of all persons similarly situated, | Civil Action No.: 2:18-cv-03126-JCJ |
| **Plaintiff,** | **Class & Collective Action** |
| v. | |
| **PATRIOT HOME CARE, INC.,** | |
| **Defendant.** | |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**PRELIMINARY APPROVAL OF THE SETTLEMENT AGREEMENT**

Plaintiff Kim Channay Hauser, through her undersigned counsel, respectfully moves this Court for an Order:

1. Granting preliminary approval of the Parties' Settlement Agreement, a true and correct copy of which is attached as Exhibit 1 to this Motion;

2. For settlement purposes, preliminarily certifying the Pennsylvania state law claims as a Fed. R. Civ. P. 23 class and the Fair Labor Standards Act claims as a collective on behalf of the Settlement Class;

3. Preliminarily approving Plaintiff Kim Channay Hauser as the Representative of the Settlement Class;

4. Preliminarily approving Berger Montague PC and Willig, Williams, & Davidson as Class Counsel for the Settlement Class;

5. Preliminarily approving RG/2 as Settlement Administrator and preliminarily approving the costs of claims administration;

6. Approving the Notice of Settlement, a true and correct copy in English of which is attached as Exhibit A to the Settlement Agreement, which will be distributed in both English and

Spanish; and

7. Approving the proposed schedule and procedure for completing the final approval process as set forth in the Parties' Settlement Agreement.

This Motion is based on the accompanying Memorandum of Law, the Declaration of Sarah Schalman-Bergen in Support of the Plaintiff's Unopposed Motion for Preliminary Approval of the Settlement Agreement, the attached Exhibits, and all other records, pleadings and papers on file in this action. Pursuant to the terms of the Settlement Agreement, Defendant does not oppose this Motion.

A proposed Order is submitted for the Court's consideration.

Dated: June 21, 2019

Respectfully submitted,

BERGER MONTAGUE PC

s/ Sarah R. Schalman-Bergen
Sarah R. Schalman-Bergen
Camille Fundora Rodriguez
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4620
sschalman-bergen@bm.net
crodriguez@bm.net

Ryan Allen Hancock
WILLIG, WILLIAMS, & DAVIDSON
1845 Walnut Street 24th Floor
Philadelphia, PA 19103
Telephone: (215) 656-3600
rhancock@wwdlaw.com

*Attorneys for Plaintiff and Settlement Class Members*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of record through the Court's ECF system this 21st day of June, 2019.

s/ Sarah Schalman-Bergen
Sarah R. Schalman-Bergen
