## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KIM CHANNAY HAUSER** individually and on behalf of all persons similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **PATRIOT HOME CARE, INC.,** <br><br> Defendant. | Civil Action No.: 2:18-cv-03126-JCJ <br><br> **Class & Collective Action** |

### PLAINTIFF'S UNOPPOSED MOTION FOR
### FINAL APPROVAL OF THE SETTLEMENT AGREEMENT

Plaintiff Kim Channay Hauser, individually and on behalf of the Class and through her undersigned counsel, respectfully moves this Court for an Order:

1. Granting final approval of the Parties' Settlement Agreement (Dkt. No. 25-1);

2. For settlement purposes, finally certifying the FLSA claims pursuant to 29 U.S.C. § 216(b) and the state law claims as a Fed. R. Civ. P. 23 class on behalf of the Settlement Class;

3. Finally approving Plaintiff Kim Channay Hauser as the Representative of the Settlement Class and approving the $5,000.00 service award for her service to the Settlement Class and in exchange for her additional released claims in favor of Defendant;

4. Finally approving Berger Montague PC and Willig, Williams & Davidson as Class Counsel for the Settlement Class;

5. Finally approving Class Counsel's attorneys' fees in the amount of $108,333.33 and costs in the amount of $5,874.95;

6. Finally approving the RG/2 Claims Administration LLC as Settlement Administrator and finally approving the costs of claims administration;

7. Finally approving Community Legal Services as the *cy pres* recipient;

8. Dismissing this class and collective action with prejudice.

This Motion is based on the accompanying Memorandum of Law, the Declaration of Sarah Schalman-Bergen in Support of the Plaintiff's Unopposed Motion for Final Approval of the Settlement Agreement, and all other records, pleadings and papers on file in this action. Pursuant to the terms of the Settlement Agreement, Defendant does not oppose this Motion

A proposed Final Order is submitted for the Court's consideration.

Dated: November 22, 2019                              Respectfully submitted,

s/ Sarah Schalman-Bergen
Sarah R. Schalman-Bergen
Camille Fundora Rodriguez
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
Email: sschalman-bergen@bm.net
           crodriguez@bm.net

Ryan Allen Hancock
Bruce Ludwig
WILLIG, WILLIAMS & DAVIDSON
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
Telephone: (215) 656-3679
Facsimile: (215) 561-5135
Email: rhancock@wwdlaw.com
           bludwig@wwdlaw.com

*Attorneys for the Plaintiff and the Settlement Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was served upon all counsel of record through the Court's ECF system this 22nd day of November 2019.

s/ Sarah Schalman-Bergen  
Sarah Schalman-Bergen